> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lisa Millsap, Frank Millsap v. Menard, INC.

| | |
|---|---|
| Case Number | 82C01-2209-CT-004096 |
| Court | Vanderburgh Circuit Court |
| Type | CT - Civil Tort |
| Filed | 09/07/2022 |
| Status | 09/07/2022 , Pending (active) |

## Parties to the Case

**Defendant** Menard, INC.

**Address**
6101 Menard Drive
Eau Claire, WI 54703

**Attorney**
Alexander Maurice Beeman
*#3122249, Retained*

REMINGER CO LPA
The Court Building, 123 NW 4th St, Ste 419
Evansville, IN 47708
812-777-4890(W)

**Plaintiff** Millsap, Lisa

**Address**
805 North Kelsey Ave.
Evansville, IN 47711

**Plaintiff** Millsap, Frank

**Address**
805 North Kelsey Ave.
Evansville, IN 47711

## Chronological Case Summary

| | |
|---|---|
| 09/07/2022 | **Case Opened as a New Filing** |
| 09/07/2022 | **Appearance Filed** |
| | Appearance Timothy Cochren and Eric Habig |
| | For Party: Millsap, Lisa |
| | File Stamp: 09/07/2022 |
| 09/07/2022 | **Complaint/Equivalent Pleading Filed** |
| | Complaint |
| | Filed By: Millsap, Lisa |
| | File Stamp: 09/07/2022 |



| 09/07/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons Menard, INC | |
| | Filed By: | Millsap, Lisa |
| | Filed By: | Millsap, Frank |
| | File Stamp: | 09/07/2022 |
| 09/08/2022 | **Certificate of Issuance of Summons** | |
| | COIS-Menard INC | |
| | Filed By: | Millsap, Lisa |
| | Filed By: | Millsap, Frank |
| | File Stamp: | 09/08/2022 |
| 09/15/2022 | **Appearance Filed** | |
| | Notice of Appearance | |
| | For Party: | Menard, INC. |
| | File Stamp: | 09/15/2022 |
| 09/16/2022 | **Service Returned Served** | |
| | CERTIFIED MAIL | |
| | Party Served: | Menard, INC. |
| | Date Served: | 09/13/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Millsap, Lisa
Plaintiff

**Balance Due** (as of 10/06/2022)
0.00

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/07/2022 | Transaction Assessment | 157.00 |
| 09/07/2022 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Filed: 9/7/2022 8:49 AM
Clerk
Vanderburgh County, Indiana

Vanderburgh Circuit Court

# STATE OF INDIANA

## IN THE VANDERBURGH COUNTY CIRCUIT COURT

CAUSE NO.   82C01-2209-CT-004096

**LISA MILLSAP AND       )**
**FRANK MILLSAP          )**
**Plaintiffs,            )**
                         )
   Vs.                   )
                         )
**MENARD, INC.,          )**
       **Defendant.**   )

## APPEARANCE

1. The party on whose behalf this form is being filed is:

   Initiating   X     Responding  _____     Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:          Lisa Millsap
                           Frank Millsap

   Address of party:       805 N. Kelsey Ave
                           Evansville, IN 47711

   Telephone # of party:   812-205-8389

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name:      Eric K. Habig            Atty. Number: 21658-49
              Timothy W. Cochren       Atty. Number: 33981-49

   Address:   BECK ROCKER & HABIG, LLC
              432 Washington Street
              Columbus, Indiana 47201

   Phone:     (812) 372-8858
   FAX:       (812) 378-4732
   Email address:   ehabig@beckrocker.com & tcochren@beckrocker.com

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above from the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A). Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues:  Yes ___ No <u> X </u>.

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ___  No <u> X </u>.

6. This case involves a petition for involuntary commitment.  Yes ___ No <u> X </u>.

7. There are related cases:  Yes___ No <u> X </u>.

8. Additional information required by local rule:
   _____

9. There are other party members:  Yes ___  No <u> X </u>.

10. This form has been served on all other parties and Certificate of Service is attached:  Yes __  No <u> X </u>.

                                                Respectfully submitted,

                                                BECK ROCKER & HABIG, LLC

                                                <u>/s/ *Eric K. Habig*</u>
                                                Eric K. Habig, #21658-49
                                                Timothy W. Cochren, #33981-49

BECK ROCKER & HABIG, LLC
432 Washington Street,
Columbus, Indiana 47201
Ph.:  (812) 372-8858
Fax:  (812) 378-4732
Email:  ehabig@beckrocker.com
Email:  tcochren@beckrocker.com

Filed: 9/7/2022 8:49 AM
Clerk
Vanderburgh Circuit Court                                   Vanderburgh County, Indiana

# STATE OF INDIANA

## IN THE VANDERBURGH COUNTY CIRCUIT COURT

CAUSE NO. 82C01-2209-CT-004096

| | |
|---|---|
| LISA MILLSAP AND ) | |
| FRANK MILLSAP ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| MENARD, INC., ) | |
| Defendant. ) | |

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiffs, Lisa Millsap and Frank Millsap ("Plaintiffs" or "Mrs. Millsap" or "The Millsaps"), by counsel and for their complaint for Damages against Defendant, Menard, Inc., marketed under the name "Menards," ("Menards" or "Defendant"), state as follows:

**I.**

**PARTIES**

1. Plaintiffs, Lisa and Frank Millsap, reside at 805 North Kelsey Avenue, Evansville, Indiana 47711.

2. Defendant is a foreign for-profit corporation with its principle office address located at 6101 Menard Drive, Eau Claire, WI 54703, and its registered agent for Indiana, The Prentice-Hall Corporation System, Inc. located at 135 N. Pennsylvania Street, Suite 1610 Indianapolis, IN 46204.

1

## II.

## **FACTS**

3. On June 26, 2021, The Millsaps visited the Menards store located at 2808 Menards Drive, Evansville, Indiana 47715.

4. The Millsaps were in the process of checking out when the totes they planned to purchase rang up at a higher price than they were marked in the store. Mrs. Millsap left the checkout line to talk to another Menards employee regarding the price of the totes. On her way back to the checkout line, Mrs. Millsap slipped and fell on water that had been left on the floor.

5. Menards owed a duty to Mrs. Millsap, an invitee/business guest, the highest duty of care owed to any entrant upon land, to protect her against both known dangers and against those that might be discovered with reasonable care.

6. Menards knew, or with the exercise of reasonable care should have known, the water left on the ground led to an unreasonable risk of harm to Mrs. Millsap and that Mrs. Millsap either would not discover/realize it or would fail to protect herself against it.

7. Menards failed to perform routine and timely surveillance of the store to check for dangers to its invitees/business visitors.

8. Menards failed to adequately train and supervise its employees to maintain the store in a clean, safe and hazard-free manner.

9. Menards failed to discover the water on the floor in a reasonable amount of time.

10. Menards failed to remove/clean-up the water in a reasonable amount of time.

11. Menards failed to warn its invitees/business visitors of the hazard created in a reasonable amount of time.

12. Menards failed to take reasonable measures to ensure precautions were taken to address the risk of harm outlined above.

13. Menards failed to exercise reasonable care to protect Mrs. Millsap against the risk of harm outlined above.

14. As a direct and proximate result of the negligent, careless, wanton, outrageous, and reckless acts and omissions of Menards, Mrs. Millsap sustained personal injuries; has incurred pain and suffering, medical expenses, medical bills, lost wages, and emotional distress; and expects to incur future medical expenses, and other damages.

15. At all times relevant herein, the Plaintiffs, Lisa Millsap and Frank Millsap, were married to each other.

16. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Mr. Millsap, has lost time and incurred expenses in caring for and treating his wife and has been deprived of the services of his wife as a companion, wife and helper and will lose those services and assistance in the future.

### III.

### **CAUSE OF ACTION**

17. Paragraphs 1-16 are incorporated herein by reference thereto.

18. The incident and all the injuries and damages set forth herein suffered by Mrs. Millsap are the direct and proximate result of the negligent, careless, wanton, outrageous, and reckless conduct of Menards by and through its agents, ostensible agents, servants, workmen, employees, and/or owners, as set forth above and as follows:

   a. In failing to perform routine and timely surveillance of the store to check for hazards, cleanliness issues and dangers to its invitees/business visitors;

   b. In failing to adequately train and supervise its employees in maintaining the store in a clean, safe and hazard-free manner;

   c. In failing to discover the water on the floor in a reasonable amount of time;

   d. In failing to remove/clean-up the water in a reasonable amount of time;

   e. In failing to take reasonable measures to ensure precautions were taken to address the risk of harm outlined above; and

   f. In failing to exercise reasonable care to protect Mrs. Millsap against the risk of harm outline above.

19. As a direct and proximate result of the negligent, careless, wanton, outrageous, and reckless acts and omissions of Menards, Mrs. Millsap sustained personal injuries; has incurred pain and suffering, medical expenses, medical bills, lost wages, and emotional distress; and expects to incur future medical expenses, and other damages.

20. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Mr. Millsap, has lost time and incurred expenses

in caring for and treating his wife and has been deprived of the services of his wife as a companion, wife and helper and will lose those services and assistance in the future

21. As a direct and proximate result of the carelessness and negligence of the Defendant, Plaintiffs have been damaged.

WHEREFORE, Plaintiffs' pray for judgment against the Defendant in an amount commensurate with the injuries and damages, for costs of this action, and for all other relief just and proper in the premises.

### IV.

### JURY TRIAL REQUEST

Plaintiffs, by counsel, request that this case by tried by jury.

Respectfully submitted,

BECK ROCKER & HABIG, LLC


/s/ *Eric K. Habig*
Eric K. Habig, #21658-49
Counsel for Plaintiff

Eric K. Habig, #21658-49
Timothy W. Cochren, #33981-49
Beck Rocker & Habig, LLC
432 Washington Street
Columbus, IN 47201
812.372.8858
ehabig@beckrocker.com
tcochren@beckrocker.com

Filed: 9/7/2022 8:49 AM
Clerk
Vanderburgh Circuit Court                                    Vanderburgh County, Indiana

# STATE OF INDIANA

## IN THE VANDERBURGH COUNTY CIRCUIT COURT

CAUSE NO.  82C01-2209-CT-004096

| | |
|---|---|
| **LISA MILLSAP AND** | ) |
| **FRANK MILLSAP** | ) |
| **Plaintiffs,** | ) |
| | ) |
| Vs. | ) |
| | ) |
| **MENARD, INC.,** | ) |
| **Defendant.** | ) |

## SUMMONS

To Defendant:  Menard, INC.
C/o Registered Agent
The Prentice-Hall Corporation System, INC
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____          _____
Clerk, Vanderburg County Circuit/Superior Court

**The following manner of service of summons is hereby designated:**

__X__          Registered or certified mail

Eric K. Habig, #21658-49
Timothy W. Cochren, #33981-49
BECK ROCKER & HABIG, LLC
432 Washington Street,
Columbus, Indiana 47201
Ph.:   (812) 372-8858
Fax:   (812) 378-4732
Email:  ehabig@beckrocker.com
Email:  tcochren@beckrocker.com

**Filed: 9/8/2022 7:53 AM**
**Vanderburgh Circuit Court**
**Vanderburgh County, Indiana**

# STATE OF INDIANA

## IN THE VANDERBURGH COUNTY CIRCUIT COURT

### CAUSE NO. 82C01-2209-CT-004096

**FRANK MILLSAP and** )
**LISA MILLSAP,** )
    **Plaintiffs,** )
                   )
    Vs.              )
                   )
**MENARD, INC.,** )
    **Defendant.** )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

> Menard, INC.
> C/o Registered Agent
> The Prentice-Hall Corporation System, INC
> 135 N. Pennsylvania Street, Suite 1610
> Indianapolis, IN 46204

_X_   Certified or Registered Mail (return card addressed to Marion Co. Clerk.)

     Tracking Number:       7020 0640 0000 5957 7275

     Date Mailed:            September 8, 2022

     Place of mailing:        Columbus, Indiana

Date: September 8, 2022

                                           By:   /s/ Eric K. Habig
                                                   Eric K. Habig, Atty No. 21658-49

BECK ROCKER & HABIG, LLC
432 Washington Street
Columbus, IN 47201
812-372-885
ehabig@beckrocker.com
tcochren@beckrocker.com

Filed: 9/15/2022 8:30 AM
Vanderburgh Circuit Court
Vanderburgh County, Indiana

**VANDERBURGH CIRCUIT COURT**
**COUNTY OF VANDERBURGH**
**STATE OF INDIANA**

| | |
|---|---|
| **LISA MILLSAP and FRANK MILLSAP,** <br><br> Plaintiffs, <br><br> vs. <br><br> **MENARD, INC.,** <br><br> Defendant. | **Cause No.: 82C01-2209-CT-004096** |

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____      Responding  X       Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: **Menard, Inc.**

   Address of party  *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   _____

   Telephone # of party _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:   Alex M. Beeman                             Attorney No. 31222-49
           REMINGER CO., LPA
           The Court Building
           123 NW 4th Street, Suite 419
           Evansville, IN 47708
           T: 812-777-4890
           F: 812-777-4892
           abeeman@reminger.com

1

**IMPORTANT**:  Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a  CT  case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No  X   *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No  X   *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____    Attorney's address

_____    The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

_____    Another address (provide)
_____

This case involves a petition for involuntary commitment.  Yes ____ No  X  

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b. State of Residence of person subject to petition: _____

2

   c.  At least one of the following pieces of identifying information:

      (i)  Date of Birth _____

      (ii)  Driver's License Number _____

          State where issued _____ Expiration date _____

      (iii)  State ID number _____

          State where issued _____ Expiration date _____

      (iv)  FBI number _____

      (v)  Indiana Department of Corrections Number _____

   (vi)  Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_\_\_\_

7. There are related cases: Yes \_\_\_\_ No _X_ *(If yes, list on continuation page.)*

8. Additional information required by local rule:
_____

9. There are other party members: Yes \_\_\_\_ No _X_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

   Yes _X_ No\_\_\_

 

                                      */s/ Alex M. Beeman*
                                      Alex M. Beeman, #31222-49
                                      **REMINGER CO., LPA**

**CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing document has been filed electronically this 15th day of September, 2022 via the Court's Electronic Filing System and that notice of this filing will be provided to all counsel of record via the Court's Electronic Filing System.

                                     */s/ Alex M. Beeman*  
                                     Alex M. Beeman, #31222-49  
                                     **REMINGER CO., LPA**



