ACKNOWLEDGED. The Clerk is directed to close this matter pursuant to the stipulation of dismissal, with prejudice.
Date: 11/01/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| **LISA MILLSAP and FRANK MILLSAP**, | ) |
| Plaintiffs, | ) **Cause No.: 3:22-cv-00159-RLY-MJD** |
| v. | ) |
| **MENARD, INC.,** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs Lisa Millsap and Frank Millsap and Defendant Menard, Inc., by and through their respective counsel, stipulate to the dismissal of this case with prejudice, costs paid.

Respectfully submitted,

Dated: October 27, 2023

/s/ Tim Cochren
Eric K. Habig (21658-49)
Timothy W. Cochren (33981-49)
BECK ROCKER & HABIG, LLC
423 Washington Street
Columbus, IN 47201
ehabig@beckrocker.com
tcochren@beckrocker.com
Counsel for Plaintiffs

/s/ Alex M. Beeman
Alex M. Beeman (31222-49)
REMINGER CO., LPA
The Court Building
123 NW 4th Street, Suite 419
Evansville, IN 47708
abeeman@reminger.com
Counsel for Defendant